```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

SONION NEDERLAND BV,           )
                               )
          Plaintiff,           )
                               )
     v.                        )    No.  12 C 76
                               )
ASIUS TECHNOLOGIES LLC,        )
                               )
          Defendant.           )
```

MEMORANDUM ORDER

This action, which has been pending for something less than two weeks short of a year, has just been transferred to this District Court from the United States District Court for the District of Delaware and has been assigned at random to this Court's calendar. Although the November 18 and December 21, 2011 opinions by Delaware District Judge Robert Kugler granted that transfer under 28 U.S.C. §1404(a) as appropriate in terms of the "first-filed" rule (this Court's colleague Honorable John Grady has on his calendar an earlier-filed action between the same parties and posing the same issues (at least in part), this case does not qualify for direct assignment to Judge Grady under our District Court's LR 40.3--hence the random assignment to this Court's calendar is entirely proper.

That said, however, the same facts appear to portend the prospect of a motion for reassignment to Judge Grady's calendar under LR 40.4 on grounds of relatedness. Meanwhile, though, the case is before this Court. It therefore orders an early status

hearing at 9:30 a.m. January 19, 2012 for the purpose of discussing the future course of this litigation.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 10, 2012